IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03391-PAB-BNB

JACKIE FOSTER, et al.,

    Plaintiffs,

v.

BRANDON CREDEUR, D.C.,
HEATHER CREDEUR, D.C.,
DAVID ARTHUR, D.C.,
KEVIN RYAN, D.C.,
BRADLEY WATTS, D.C.,
KRISTEN WATTS, D.C., individually and d/b/a Functional Endocrinology Center of Colorado, Functional Endocrinology Institute of Denver, Type II Diabetic Solutions, Low Thyroid Solutions, AK Chiropractic, a/k/a Applied Kinesiology Chiropractic of Denver, and Stone-Credeur Family Chiropractic, P.C.,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

This matter is before the Court on defendants' Motion to Withdraw Notice of Removal [Docket No. 5], which the Court construes as a Motion to Remand. Defendants Bradley Watts, Kristen Watts, David Arthur and Kevin Ryan request that the Court withdraw the Notice of Removal [Docket No. 1] because they wish to pursue the matter in state court. Docket No. 5 at 2.

The Court has reviewed the pleading and is fully advised in the premises. Accordingly, it is

**ORDERED** that the Motion to Withdraw Notice of Removal [Docket No. 5], which the Court construes as a Motion to Remand, is **GRANTED**. It is further

**ORDERED** that this matter shall be **REMANDED** to the District Court for Denver County, Colorado, where it was filed as Case No. 2011CV6991.

DATED January 6, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge